# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO CHAVEZ, | CASE NO. 1:12-cv-00657-SMS |
|         Plaintiff, | |
|    v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|         Defendant. | (Doc. 3) |

      By a motion filed April 25, 2012, Plaintiff Isidro Chavez seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

      Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   April 30, 2012**             **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

1