# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ISIDRO CHAVEZ,                                    CASE NO. 1:12-cv-00657-SMS

           Plaintiff,

    v.                                            ORDER AUTHORIZING
                                                  SERVICE OF COMPLAINT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

           Defendant.
_____/

     On July 20, 2012, Plaintiff Isidro Chavez submitted an amended complaint in this matter. The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is now appropriate.  Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

     In addition, Plaintiff is hereby ordered to include the case number (1:12-cv-00657-SMS) on all future documents filed in this case.

IT IS SO ORDERED.

**Dated:    July 24, 2012**                    _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE