```
Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Isidro Chavez,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br><br>    Defendant. | CASE NO.1:12-CV-00657-LJO-SMS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands. The current due date for Plaintiff's Confidential Brief is December 20, 2012. The new due date will be January 21, 2013. The scheduling order should be modified accordingly.

Dated: December 18, 2012        /s/ Sengthiene Bosavanh

                                                SENGTHIENE BOSAVANH, ESQ.
                                                Attorney for Plaintiff

Dated: December 18, 2012        BENJAMIN B. WAGNER
                                                United States Attorney


                                                By: /s/Patrick William Snyder
                                                (as authorized via e-mail)
                                                PATRICK WILLIAM SNYDER
                                                Special Assistant United States Attorney

APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated:   December 18, 2012            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE