BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8927
  Facsimile: (415) 744-0134
  E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ISIDRO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:12-CV-00657-LJO-SMS<br><br>**FIRST STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including May 28, 2013. The response is currently due April 26, 2013. This extension is being sought due to Defendant's counsel being called for jury duty, a district court Privacy Act hearing next week, dozens of other active district court cases, and a pending class action. This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1
2                                          Respectfully submitted,
3
    Dated: 4/26/13                          */s/ Sengthiene Bosavanh*
4                                           _____
5                                           SENGTHIENE BOSAVANH
                                            (as authorized via phone on 4/26/13)
                                            Attorney at Law
6                                           Attorney for Plaintiff
7
8   Dated: 4/26/13                          BENJAMIN B. WAGNER
                                            United States Attorney
9                                           GRACE M. KIM
                                            Regional Chief Counsel, Region IX
10                                          Social Security Administration
11                              By:
                                            */s/ Patrick William Snyder*
12                                          _____
                                            PATRICK WILLIAM SNYDER
13                                          Special Assistant U.S. Attorney
                                            Attorneys for Defendant
14
15                                      **ORDER**
16
17          APPROVED AND SO ORDERED.
18
19   DATED:   4/26/2013                    /s/ SANDRA M. SNYDER
                                           _____
20                                         HONORABLE SANDRA M. SNYDER
                                           UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27