BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8927
Facsimile:  (415) 744-0134
E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| ISIDRO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 1:12-CV-00657-LJO-SMS<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON** |

　　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including June 27, 2013.  The response is currently due May 28, 2013. This extension is being sought due to an unavoidable transfer of assignments due to the undersigned's workload and an unplanned family medical issue resulting in absence from the office. This is the Commissioner's second extension request.

　　　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated:  5/28/13                        */s/ Sengthiene Bosavanh*
                                                _____
                                                SENGTHIENE BOSAVANH
                                                (as authorized via email on 5/28/13)
                                                Attorney at Law
                                                Attorney for Plaintiff

Dated: 5/28/13                         BENJAMIN B. WAGNER
                                                United States Attorney
                                                GRACE M. KIM
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                 By:
                                                */s/ Patrick William Snyder*
                                                _____
                                                PATRICK WILLIAM SNYDER
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

                                                      **<u>ORDER</u>**

APPROVED AND SO ORDERED.

DATED:  5/29/2013                  /s/ SANDRA M. SNYDER
                                              HONORABLE SANDRA M. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE