1  BENJAMIN B. WAGNER
   United States Attorney
2  GRACE M. KIM
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5
          160 Spear Street, Suite 800
6         San Francisco, California 94105
          Telephone:  (415) 977-8927
7         Facsimile:  (415) 744-0134
          E-Mail: Patrick.Snyder@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                              FRESNO
12

13  ISIDRO CHAVEZ,                      )
                                        )    CIVIL NO. 1:12-CV-00657-LJO-SMS
14         Plaintiff,                   )
                                        )
15         v.                           )
                                        )    **SECOND STIPULATION FOR**
16  CAROLYN W. COLVIN,                  )    **EXTENSION OF TIME AND ORDER**
    Commissioner of                     )    **THEREON**
17  Social Security,                    )
                                        )
18         Defendant.                   )
                                        )
19  _____ )

20
          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
21
    attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's
22
    Opening Brief up to and including June 27, 2013.  The response is currently due May 28, 2013. This
23
    extension is being sought due to an unavoidable transfer of assignments due to the undersigned's
24
    workload and an unplanned family medical issue resulting in absence from the office. This is the
25
    Commissioner's second extension request.
26
          The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
27

1

2

Respectfully submitted,

3

Dated:  5/28/13

*/s/ Sengthiene Bosavanh*

4

_____
SENGTHIENE BOSAVANH

5

(as authorized via email on 5/28/13)
Attorney at Law

6

Attorney for Plaintiff

7

8

Dated: 5/28/13

BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM

9

Regional Chief Counsel, Region IX

10

Social Security Administration

11

By:

*/s/ Patrick William Snyder*

12

_____

13

PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

14

15

## **ORDER**

16

17

APPROVED AND SO ORDERED.

18

19

DATED:  _5/29/2013_

/s/ SANDRA M. SNYDER _____

20

HONORABLE SANDRA M. SNYDER

21

UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27